FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 31, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br>MAREN ANN-MILLER BAM,<br>Lawyer. | No. 2:25-mc-00032-SAB<br><br>**ORDER** |

On August 19, 2025, the Court ordered Ms. Bam to show cause as to why she should not be suspended by the United States District Court for the Eastern District of Washington. ECF No. 2. On April 14, 2026, Ms. Bam filed her response. ECF No. 16. In it, she asks the Court to set aside the Order to Show Cause because reciprocal discipline under Local Rule 83.3 is not appropriate in this matter. The Court agrees.

While the Arizona District Court initially sanctioned Ms. Bam for submitting briefs with nonexistent citations, it eventually vacated the Rule 11 sanctions.[1] Upon learning of the problematic briefs, Ms. Bam submitted apologies to the courts in which the briefs were filed, implemented policies prohibiting the improper use of generative AI for legal work and procedures designed to detect

---

[1] The Arizona District Court maintained two previously ordered sanctions of revoking Ms. Bam's *pro hac vice* status and striking an Opening Brief, in *Mavy v. Commissioner of Social Security Administration,* No. 25-CV-006890PHX-KML (ASB).

hallucinated citations, terminated her relationship with the contract lawyer, investigated briefs by the Contractor, and took remedial action in cases involving briefs drafted by the Contractor containing improper citations.

No further disciplinary proceedings have been initiated by the Arizona District Court. Moreover, no disciplinary proceedings have been initiated by the Washington State Bar Association. Consequently, the Court concludes that no disciplinary proceedings involving Ms. Bam are warranted.

Accordingly, **IT IS HEREBY ORDERED**:

1. The District Court Executive is directed to **close** the file.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 31st day of August 2026.

Stan Bastian
Chief United States District Judge